RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 1 3 2015
Abel Acosta, Clerk

Dear Mr Abel Acosta
    You have sent me Two different confirmation card
one on the 9-18-2015 PD-1225-15 " COA No. 05-14-00917-CR
was received and Filed, and also you have sent me another
Confirmation card of dismissed as untimely filed, on the
9-23-2015 PD-1225-15 "COA No. 05-14-00917-CR, which one
are you telling me is the true, Do I need a lawer or not
Please get back with me soon, I don't have to much time
around here at this place. But I do have your confirmation
on both of your filing. I'm taking it that it was file because
the one on the 9-18-2015 came second.

                                    Thank You
                                    Mr. MILTON GAFFORD

U.S. Postage >> Pitney Bowes

Zip 78701

02 1W                               " MILTON GAFFORD "

0001401682 Sep 24, 2015

This is on both card that I have received
and if it wasn't received 18 of Sept. please inform me of
any different changes.


Dated 10-6-2015
Witness = David Shawn Puckett 1503/207
         DAVID SHAWN PUCKETT


" Copy "